**WARD, KEENAN & BARRETT, P.C.**
Gerald Barrett, SBN 5855
3838 N. Central Avenue, Suite 1720
Phoenix, Arizona  85012
Telephone:  (602) 279-1717
Facsimile:  (602) 279-8908
gbarrett@wardkeenanbarrett.com

**RIGRODSKY & LONG, P.A.**
Brian D. Long
Gina M. Serra
2 Righter Parkway, Suite 120
Wilmington, Delaware  19803
Telephone: (302) 295-5306
Facsimile: (302) 654-7530
BDL@rl-legal.com
GMS@rl-legal.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Paul Parshall, individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs.<br><br>         v.<br><br>Lifelock, Inc.; Roy A. Guthrie; Hilary A. Schneider; Todd Davis; Gary Briggs; David Cowan; Albert Pimentel; Thomas J. Ridge; Jaynie Miller Studenmund; Symantec Corporation; and L116 Merger Sub, Inc.,<br><br>                    Defendants. | Case No.: 2:16-cv-04434-DKD |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff

Paul Parshall hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

| | |
|---|---|
| Dated: January 27, 2017 | s/Gerald Barrett |
| | Gerald Barrett, SBN 5855 |
| **OF COUNSEL:** | WARD, KEENAN & BARRETT, P.C. |
| | 3838 N. Central Avenue, Suite 1720 |
| **RIGRODSKY & LONG, P.A.** | Phoenix, Arizona  85012 |
| Brian D. Long | Telephone:  (602) 279-1717 |
| Gina M. Serra | Facsimile:  (602) 279-8908 (fax) |
| 2 Righter Parkway, Suite 120 | gbarrett@wardkeenanbarrett.com |
| Wilmington, Delaware  19803 | |
| Telephone:  (302) 295-5306 | *Attorneys for Plaintiffs* |
| Facsimile:  (302) 654-7530 | |
| BDL@rl-legal.com | |
| GMS@rl-legal.com | |